**AARDAN LEASING CORPORATION, First Florida Leasing Corporation, Joel Mallin, Scott C. Dunn, Roland Hennessey, Patton Corrigan, and Joel Klein, Appellants,**

v.

**PEOPLES NATIONAL BANK, N.A., and Peoples Asset Management, Inc., Appellees.**

No. 06–03–00130–CV.

Court of Appeals of Texas, Texarkana.

Submitted April 12, 2004.

Decided April 13, 2004.

Wayne A. Risoli, Chamberlain, Hrdlicka, et al., Houston, for appellants.

Mark H. How, Short, How, Frels & Heitz, PC, Dallas, for appellees.

Before MORRISS, C.J., ROSS and CARTER, JJ.

## OPINION

Opinion by Justice ROSS.

Appellants have filed their unopposed motion to dismiss appeal based on their settlement with Appellees. The Texas Rules of Appellate Procedure authorize this Court to dismiss an appeal on the filing of a proper motion by an appellant. *See* TEX.R.APP. P. 42.1(a). We therefore grant Appellants' motion to dismiss the appeal.

We dismiss the appeal.